# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                Chapter 13

                Bankruptcy No. 17-17733-MDC

EMANUEL SAOPRASEUT

629 DURFOR ST

PHILADELPHIA, PA 19148

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    EMANUEL SAOPRASEUT

    629 DURFOR ST

    PHILADELPHIA, PA 19148

**Counsel for debtor(s), by electronic notice only.**
    MICHAEL A COHEN
    2113 SNYDER AVE

    PHILADELPHIA, PA 19145

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

                /s/ William C. Miller

Date: 1/18/2018

                _____
                William C. Miller, Esquire
                Chapter 13 Standing Trustee