United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 17-17733-mdc
Emanuel Saopraseut                                                  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Antoinett          Page 1 of 2          Date Rcvd: Sep 20, 2018
                              Form ID: pdf900          Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 22, 2018.
```
db             +Emanuel Saopraseut,    629 Durfor St,    Philadelphia, PA 19148-3816
14014201       +Credit Acceptance,    Po Box 513,    Southfield, MI 48037-0513
14014200       +Credit Acceptance,    25505 West 12 Mile Rd,    Suite 3000,    Southfield, MI 48034-8331
14014202       +Eos Cca,   700 Longwater Dr,    Norwell, MA 02061-1624
14014203       +Eos Cca,   Po Box 981008,    Boston, MA 02298-1008
14014208       +Michael F Ratchford Esq,    409 Lackawanna Ave,    Suite 3C,    Scranton, PA 18503-2059
14014211       +Philadelphia Gas Works,    800 W Montgomery Ave,    Bankruptcy Unit,
                 Philadelphia, PA 19122-2806
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Sep 21 2018 01:39:42     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 21 2018 01:39:29
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 21 2018 01:39:36     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: gecsedi@recoverycorp.com Sep 21 2018 01:45:09     Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14014196       +E-mail/Text: EBNProcessing@afni.com Sep 21 2018 01:39:33     Afni,   Attn: Bankruptcy,
                 Po Box 3097,    Bloomington, IL 61702-3097
14014197       +E-mail/Text: EBNProcessing@afni.com Sep 21 2018 01:39:33     Afni,   Po Box 3097,
                 Bloomington, IL 61702-3097
14014199        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 21 2018 01:45:29     Capital One,
                 15000 Capital One Dr,    Richmond, VA 23238
14097470        E-mail/Text: megan.harper@phila.gov Sep 21 2018 01:39:42     City of Philadelphia,
                 Law Department  Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
                 Philadelphia, PA  19102-1595
14014198       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 21 2018 01:45:29     Capital One,
                 Attn: General Correspondence/Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
14034363        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 21 2018 01:44:46
                 Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
14014204       +E-mail/Text: cio.bncmail@irs.gov Sep 21 2018 01:39:19     IRS,   Bankruptcy Dept,    PO Box 7346,
                 Philadelphia, PA 19101-7346
14074550        E-mail/PDF: resurgentbknotifications@resurgent.com Sep 21 2018 01:45:38
                 LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14014205       +E-mail/PDF: resurgentbknotifications@resurgent.com Sep 21 2018 01:44:53
                 LVNV Funding/Resurgent Capital,    Po Box 10497,    Greenville, SC 29603-0497
14014207        E-mail/Text: camanagement@mtb.com Sep 21 2018 01:39:20     M & T Bank,   1 Fountain Plz,
                 Buffalo, NY 14203
14014206        E-mail/Text: camanagement@mtb.com Sep 21 2018 01:39:20     M & T Bank,   Po Box 844,
                 Buffalo, NY 14240
14075946        E-mail/Text: camanagement@mtb.com Sep 21 2018 01:39:20     M&T Bank,   P.O. Box 1288,
                 Buffalo, NY 14240-1288
14024622        E-mail/PDF: cbp@onemainfinancial.com Sep 21 2018 01:45:07     ONEMAIN,   P.O. BOX 3251,
                 EVANSVILLE, IN 47731-3251
14014209       +E-mail/PDF: cbp@onemainfinancial.com Sep 21 2018 01:45:06     OneMain Financial,
                 Attn: Bankruptcy Department,    601 Nw 2nd St #300,    Evansville, IN 47708-1013
14014210       +E-mail/PDF: cbp@onemainfinancial.com Sep 21 2018 01:45:06     OneMain Financial,   Po Box 1010,
                 Evansville, IN 47706-1010
14014213        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 21 2018 01:44:47
                 Portfolio Recovery,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502
14014212        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 21 2018 01:45:08
                 Portfolio Recovery,    Po Box 41067,    Norfolk, VA 23541
14032417        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 21 2018 01:45:08
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
14015377       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 21 2018 01:56:50
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14024711        E-mail/Text: appebnmailbox@sprint.com Sep 21 2018 01:39:30     Sprint Corp,
                 Attention Bankruptcy,    PO Box 7949,    Overland Park, KS 66207-0949
                                                                                              TOTAL: 24

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-2          User: Antoinett            Page 2 of 2              Date Rcvd: Sep 20, 2018
                              Form ID: pdf900            Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 22, 2018                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 20, 2018 at the address(es) listed below:
          KEVIN G. MCDONALD    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
          MATTEO SAMUEL WEINER    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
          MICHAEL ADAM COHEN    on behalf of Debtor Emanuel   Saopraseut mcohen1@temple.edu
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                              TOTAL: 5
```

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

EMANUEL SAOPRASEUT                                           Chapter 13

                    Debtor            Bankruptcy No. 17-17733-MDC

Order Dismissing Chapter 13 Case and
Directing Counsel to File Master Mailing List

**AND NOW**, this ___20th___ day of ___September___, 2018, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Magdeline D. Coleman
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
MICHAEL A COHEN
2113 SNYDER AVE

PHILADELPHIA, PA 19145


Debtor:
EMANUEL SAOPRASEUT

629 DURFOR ST

PHILADELPHIA, PA 19148