UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE                              :        CHAPTER 13
EMANUEL SAOPRASEUT                 :
    DEBTOR(S)                      :        BANKRUPTCY NO.: 17-17733 MDC

ORDER

Upon consideration of Debtor's Motion for Reconsideration of confirmation and to Vacate Order of Dismissal, it is hereby ORDERED that the Order dismissing this case is vacated, the case is reinstated ~~and the plan is confirmed~~.

Dated: _October 25_, 2018

_Magdaline D. Coleman_
Honorable MAGDALINE D. COLEMAN
United States Bankruptcy Judge