```
                           United States Bankruptcy Court
                           Eastern District of Pennsylvania
```

In re:                                                               Case No. 17-17733-mdc
Emanuel Saopraseut                                                   Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: PaulP                 Page 1 of 1                  Date Rcvd: Oct 25, 2018
                              Form ID: pdf900             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 27, 2018.
db             +Emanuel Saopraseut,    629 Durfor St,   Philadelphia, PA 19148-3816

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 27, 2018                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 25, 2018 at the address(es) listed below:
              KEVIN G. MCDONALD    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER     on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              MICHAEL ADAM COHEN     on behalf of Debtor Emanuel  Saopraseut mcohen1@temple.edu
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                               TOTAL: 5

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE                              :        CHAPTER 13
EMANUEL SAOPRASEUT                 :
    DEBTOR(S)                      :        BANKRUPTCY NO.: 17-17733 MDC

ORDER

Upon consideration of Debtor's Motion for Reconsideration of confirmation and to Vacate Order of Dismissal, it is hereby ORDERED that the Order dismissing this case is vacated, the case is reinstated ~~and the plan is confirmed~~.

Dated: _October 25_, 2018

_Magdaline D. Coleman_
Honorable MAGDALINE D. COLEMAN
United States Bankruptcy Judge