## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                : CHAPTER 13
**Emanuel Saopraseut**                :
                                      : BANKRUPTCY NO. **17-17733-mdc**
                    Debtor (s)

## **P R A E C I P E**

Kindly relist the above captioned Chapter 13 Bankruptcy case for a hearing on confirmation of the debtor(s) chapter 13 plan on 12/6/2018 At 09:30 A.M. before the Hon. Magdeline D. Coleman.

                                                          Respectfully submitted,

Date: November 7, 2018                           /s/Jacqueline M. Chandler, Esquire for
                                                          William C. Miller, Esquire
                                                          Chapter 13 Standing Trustee
                                                          P.O. Box 1299
                                                          Philadelphia, PA  19105