United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 17-17733-mdc
Emanuel Saopraseut                                                              Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: PaulP              Page 1 of 2              Date Rcvd: Nov 08, 2018
                             Form ID: 160             Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 10, 2018.
```
db          +Emanuel Saopraseut,   629 Durfor St,   Philadelphia, PA 19148-3816
14014201    +Credit Acceptance,   Po Box 513,   Southfield, MI 48037-0513
14014200    +Credit Acceptance,   25505 West 12 Mile Rd,   Suite 3000,   Southfield, MI 48034-8331
14014202    +Eos Cca,   700 Longwater Dr,   Norwell, MA 02061-1624
14014203    +Eos Cca,   Po Box 981008,   Boston, MA 02298-1008
14014208    +Michael F Ratchford Esq,   409 Lackawanna Ave,   Suite 3C,   Scranton, PA 18503-2059
14014211    +Philadelphia Gas Works,   800 W Montgomery Ave,   Bankruptcy Unit,
             Philadelphia, PA 19122-2806
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr          +E-mail/PDF: gecsedi@recoverycorp.com Nov 09 2018 02:49:35    Synchrony Bank,
             c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
14014196    +E-mail/Text: EBNProcessing@afni.com Nov 09 2018 02:47:07    Afni,   Attn: Bankruptcy,
             Po Box 3097,   Bloomington, IL 61702-3097
14014197    +E-mail/Text: EBNProcessing@afni.com Nov 09 2018 02:47:07    Afni,   Po Box 3097,
             Bloomington, IL 61702-3097
14014199     E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 09 2018 02:49:11    Capital One,
             15000 Capital One Dr,   Richmond, VA 23238
14097470     E-mail/Text: megan.harper@phila.gov Nov 09 2018 02:47:21    City of Philadelphia,
             Law Department Tax Unit,   Bankruptcy Group, MSB,   1401 John F. Kennedy Blvd., 5th Floor,
             Philadelphia, PA  19102-1595
14014198    +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 09 2018 02:49:23    Capital One,
             Attn: General Correspondence/Bankruptcy,   Po Box 30285,   Salt Lake City, UT 84130-0285
14034363     E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 09 2018 02:49:35
             Capital One Bank (USA), N.A.,   PO Box 71083,   Charlotte, NC  28272-1083
14014204    +E-mail/Text: cio.bncmail@irs.gov Nov 09 2018 02:46:40    IRS,   Bankruptcy Dept,   PO Box 7346,
             Philadelphia, PA 19101-7346
14074550     E-mail/PDF: resurgentbknotifications@resurgent.com Nov 09 2018 02:49:14
             LVNV Funding, LLC its successors and assigns as,   assignee of FNBM, LLC,
             Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
14014205    +E-mail/PDF: resurgentbknotifications@resurgent.com Nov 09 2018 02:49:26
             LVNV Funding/Resurgent Capital,   Po Box 10497,   Greenville, SC 29603-0497
14014206     E-mail/Text: camanagement@mtb.com Nov 09 2018 02:46:42    M & T Bank,   Po Box 844,
             Buffalo, NY 14240
14014207     E-mail/Text: camanagement@mtb.com Nov 09 2018 02:46:42    M & T Bank,   1 Fountain Plz,
             Buffalo, NY 14203
14075946     E-mail/Text: camanagement@mtb.com Nov 09 2018 02:46:42    M&T Bank,   P.O. Box 1288,
             Buffalo, NY 14240-1288
14024622     E-mail/PDF: cbp@onemainfinancial.com Nov 09 2018 02:49:22    ONEMAIN,   P.O. BOX 3251,
             EVANSVILLE, IN 47731-3251
14014209    +E-mail/PDF: cbp@onemainfinancial.com Nov 09 2018 02:49:10    OneMain Financial,
             Attn: Bankruptcy Department,   601 Nw 2nd St #300,   Evansville, IN 47708-1013
14014210    +E-mail/PDF: cbp@onemainfinancial.com Nov 09 2018 02:49:21    OneMain Financial,   Po Box 1010,
             Evansville, IN 47706-1010
14014212     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 09 2018 02:49:24
             Portfolio Recovery,   Po Box 41067,   Norfolk, VA 23541
14014213     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 09 2018 02:49:37
             Portfolio Recovery,   120 Corporate Blvd Ste 1,   Norfolk, VA 23502
14032417     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 09 2018 02:49:25
             Portfolio Recovery Associates, LLC,   POB 41067,   Norfolk VA 23541
14015377    +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 09 2018 02:49:13
             PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
14024711     E-mail/Text: appebnmailbox@sprint.com Nov 09 2018 02:47:00    Sprint Corp,
             Attention Bankruptcy,   PO Box 7949,   Overland Park, KS 66207-0949
```
                                                                           TOTAL: 21

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-2          User: PaulP            Page 2 of 2            Date Rcvd: Nov 08, 2018
                              Form ID: 160           Total Noticed: 28
```

```
                ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 10, 2018                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 8, 2018 at the address(es) listed below:
          KEVIN G. MCDONALD    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
          MATTEO SAMUEL WEINER   on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com
          MICHAEL ADAM COHEN   on behalf of Debtor Emanuel   Saopraseut mcohen1@temple.edu
          United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
           philaecf@gmail.com
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                         TOTAL: 6
```

### *UNITED STATESBANKRUPTCY COURT*
### *EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Emanuel Saopraseut

     Debtor(s)

Case No: 17−17733−mdc

Chapter: 13

---

### NOTICE OF HEARING

To the debtor, debtor's attorney, the standing trustee and those creditors which appeared at the Sec. 341 creditors meeting,

NOTICE is given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Court,

on: 12/6/18

at: 09:30 AM

in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

to consider confirmation of the debtor's plan in the above case. Objections to confirmation should be filed at least 10 days before the above date with the Clerk of the U.S. Bankruptcy Court

900 Market Street
Suite 400
Philadelphia, PA 19107

and serve counsel for the debtor at least 5 days before the above date.

Dated: 11/8/18

For The Court

Timothy B. McGrath
Clerk of Court

47 − 38
Form 160