## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

In re:

EMANUEL SAOPRASEUT        :    CH. 13
    DEBTOR(S)        :    BANKRUPTCY NO.: 17-17733 MDC

### CERTIFICATE OF NO RESPONSE

    I, Michael A. Cohen, Esquire, counsel for the Debtor, do hereby certify that, March 12, 2019, service was made by first class U.S. mail, postage prepaid/ or by ECF, a true and correct copy of the Notice of Fee Application and the Fee Application upon creditors, Debtor, the Standing Trustee and the U.S. Trustee, per the certificate of service. To date no objection, notice or answer or other administrative claim has been filed or served upon undersigned counsel.

Date: April 4, 2019        By:    /s/ Michael A. Cohen
                                                                        Michael A. Cohen, Esquire
                                                                        2113 Snyder Ave
                                                                        Philadelphia, PA 19145
                                                                        215-873-1159 fax 267-519-3506
                                                                        PA Bar #93044