```
                        United States Bankruptcy Court
                        Eastern District of Pennsylvania
```

In re:                                                        Case No. 17-17733-mdc
Emanuel Saopraseut                                            Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: PaulP                 Page 1 of 1          Date Rcvd: Apr 11, 2019
                              Form ID: pdf900             Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 13, 2019.
db             +Emanuel Saopraseut,    629 Durfor St,    Philadelphia, PA 19148-3816

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 13, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 11, 2019 at the address(es) listed below:
              KEVIN G. MCDONALD    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              MICHAEL ADAM COHEN    on behalf of Debtor Emanuel  Saopraseut mcohen1@temple.edu
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                               TOTAL: 6

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re:

| | | |
|---|---|---|
| EMANUEL SAOPRASEUT | : | CH. 13 |
| DEBTOR(S) | : | BANKRUPTCY NO.: 17-17733 MDC |

## ORDER

Upon consideration of the Application for Compensation and Reimbursement of Expenses of Michael A. Cohen Esquire, Counsel for Debtor (the Application) and after Notice and an opportunity to be heard having been given to the United States Trustee the Standing Trustee, secured creditors in plan, and debtor, and a Certificate of No Response having been filed, and good cause having been shown,

IT IS ORDERED THAT:

1. The Fee Application is APPROVED; and

2. Compensation for professional service rendered in the amount of $2,600.00 and reimbursement of expenses, in the amount of $0, are ALLOWED, and the standing Trustee shall disburse from the funds being held the amount of **$1,500.00** directly to Michael A. Cohen, Esq., Counsel for Debtor.

DONE AND ORDERED this  11th   day of           April           , 2019.

_____
HONORABLE Magdeline D. Coleman
UNITED STATES BANKRUPTCY JUDGE

copies:

| Michael A. Cohen, Esquire<br>2113 Snyder Ave<br>Philadelphia, PA 19145 | William C. Miller<br>Chapter 13 Standing Trustee<br>111 S. Independence Mall, Suite 583<br>Philadelphia, PA 19106 | U.S. Trustee<br>833 Chestnut St, Suite 500<br>Philadelphia, PA 19107 |
|---|---|---|