# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                Chapter 13

                Bankruptcy No. 17-17733-MDC

EMANUEL  SAOPRASEUT

629 DURFOR ST

PHILADELPHIA, PA 19148

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    EMANUEL  SAOPRASEUT

    629 DURFOR ST

    PHILADELPHIA, PA 19148

Counsel for debtor(s), by electronic notice only.

    MICHAEL A COHEN
    2113 SNYDER AVE

    PHILADELPHIA, PA 19145

Date: 8/12/2019

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee