# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 17-17733-MDC

EMANUEL SAOPRASEUT

629 DURFOR ST

PHILADELPHIA, PA 19148

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

  EMANUEL SAOPRASEUT

  629 DURFOR ST

  PHILADELPHIA, PA 19148

Counsel for debtor(s), by electronic notice only.

  MICHAEL A COHEN
  2113 SNYDER AVE

  PHILADELPHIA, PA 19145

Date: 11/15/2019

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee