IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | | |
|---|---|---|
| In re: EMANUEL SAOPRASEUT | ) | |
| **Debtor** | ) | |
| | ) | CHAPTER 13 |
| CREDIT ACCEPTANCE CORPORATION | ) | |
| **Moving Party** | ) | Case No.: 17-17733 (MDC) |
| | ) | |
| v. | ) | **Hearing Date: 1-14-20 at 10:30 AM** |
| | ) | |
| EMANUEL SAOPRASEUT | ) | 11 U.S.C. 362 |
| **Respondent** | ) | |
| | ) | |
| WILLIAM C. MILLER | ) | |
| **Trustee** | ) | |
| | ) | |
| | ) | |

## ORDER APPROVING STIPULATION

IT IS HEREBY ORDERED that the Stipulation between Credit Acceptance Corporation and the Debtor in settlement of the Motion For Stay Relief, and filed on or about February 12, 2020 in the above matter is APPROVED.

Dated:  February 26, 2020

BY THE COURT:

*Magdeline D. Coleman*
_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE