**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Emanuel Saopraseut<br>　　　　　　　　Debtor(s)<br><br>M&T Bank<br>　　　　v.<br>Emanuel Saopraseut<br>　　　　and<br>William C. Miller Esq.<br>　　　　　　　Trustee | Chapter 13<br><br><br>NO. 17-17733 MDC |

## ORDER

　　　AND NOW, this 30th day of April, 2020 upon the filing of a Certification of Default by the Movant in accordance with the Stipulation of the parties approved on July 23, 2018 it is ORDERED AND DECREED that:

　　　The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow M&T Bank and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 629-631 Durfor Street Philadelphia, PA 19148.

　　　The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

　　　　　　　　　　　　　　　　　　　　　　　　*Magdeline D. Coleman*

　　　　　　　　　　　　　　　　　　　　　　　　Magdeline D. Coleman
　　　　　　　　　　　　　　　　　　　　　　　　Chief U.S. Bankruptcy Judge.

cc: See attached service list

Emanuel Saopraseut
629 Durfor Street
Philadelphia, PA 19148

William C. Miller Esq.
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105

Michael Adam Cohen
Law Office of Michael A. Cohen
2113 Snyder Avenue
Philadelphia, PA 19145

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532