United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 17-17733-mdc
Emanuel Saopraseut                                                        Chapter 13
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: PaulP              Page 1 of 1            Date Rcvd: Apr 30, 2020
                            Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 02, 2020.
db             +Emanuel Saopraseut,    629 Durfor St,    Philadelphia, PA 19148-3816

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 02, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 30, 2020 at the address(es) listed below:
              KEVIN G. MCDONALD    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              MICHAEL ADAM COHEN    on behalf of Debtor Emanuel  Saopraseut mcohen1@temple.edu
              REBECCA ANN SOLARZ    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Credit Acceptance Corporation
               ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Emanuel Saopraseut
        Debtor(s)

M&T Bank
  v.
Emanuel Saopraseut
   and
William C. Miller Esq.
     Trustee

Chapter 13

NO. 17-17733 MDC

## ORDER

  AND NOW, this  30th  day of  April , 2020 upon the filing of a Certification of Default by the Movant in accordance with the Stipulation of the parties approved on July 23, 2018  it is ORDERED AND DECREED that:

  The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow M&T Bank and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 629-631 Durfor Street Philadelphia, PA 19148.

  The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

*Magdeline D. Coleman*
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge.

cc: See attached service list

Emanuel Saopraseut
629 Durfor Street
Philadelphia, PA 19148

William C. Miller Esq.
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105

Michael Adam Cohen
Law Office of Michael A. Cohen
2113 Snyder Avenue
Philadelphia, PA 19145

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532