**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:

                           Chapter 13

                           Bankruptcy No. 17-17733-MDC

EMANUEL  SAOPRASEUT

629 DURFOR ST

PHILADELPHIA, PA 19148

      Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    EMANUEL  SAOPRASEUT

    629 DURFOR ST

    PHILADELPHIA, PA 19148

Counsel for debtor(s), by electronic notice only.

    MICHAEL A COHEN
    2113 SNYDER AVE

    PHILADELPHIA, PA 19145

Date: 7/17/2020                         /S/ William C. Miller
                                                                        _____

                                                                 William C. Miller, Esquire
                                                                 Chapter 13 Standing Trustee