**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:

        Chapter 13

        Bankruptcy No. 17-17733-MDC

EMANUEL SAOPRASEUT

629 DURFOR ST

PHILADELPHIA, PA 19148

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    EMANUEL SAOPRASEUT

    629 DURFOR ST

    PHILADELPHIA, PA 19148

Counsel for debtor(s), by electronic notice only.

    MICHAEL A COHEN
    2113 SNYDER AVE

    PHILADELPHIA, PA 19145

Date: 1/19/2021

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee