**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| EMANUEL SAOPRASEUT | : | |
| DEBTOR(S) | : | BANKRUPTCY NO.: 17-17733 MDC |

## ORDER

Upon consideration of Debtor's motion to modify his confirmed Ch. 13 plan and after notice to all interested parties and after a hearing, it is hereby ORDERED:

1. The Motion is granted.
2. The Modified plan filed on June 30, 2021 is confirmed.

Dated: _____ August 13, 2021

_____
Magdeline D. Coleman
Chief U.S Bankruptcy Judge