Certificate Number: 17572-PAE-DE-036060690

Bankruptcy Case Number: 17-17733



17572-PAE-DE-036060690

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 13, 2021, at 7:06 o'clock AM PDT, Emanuel Saopraseut completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   October 13, 2021

By:    /s/Leigh-Anna M Thompson

Name:  Leigh-Anna M Thompson

Title:  Counselor