United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-17733-mdc |
| Emanuel Saopraseut | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Oct 28, 2021 | Form ID: 138OBJ | Total Noticed: 32 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 30, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Emanuel Saopraseut, 629 Durfor St, Philadelphia, PA 19148-3816 |
| 14447869 | + | Credit Acceptance Corporation, c/o WILLIAM EDWARD CRAIG, Morton & Craig, 110 Marter Avenue, Suite 301 Moorestown, NJ 08057-3125 |
| 14014202 | + | Eos Cca, 700 Longwater Dr, Norwell, MA 02061-1624 |
| 14014203 | + | Eos Cca, Po Box 981008, Boston, MA 02298-1008 |
| 14014208 | + | Michael F Ratchford Esq, 409 Lackawanna Ave, Suite 3C, Scranton, PA 18503-2059 |
| 14014211 | + | Philadelphia Gas Works, 800 W Montgomery Ave, Bankruptcy Unit, Philadelphia, PA 19122-2806 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Oct 28 2021 23:35:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 28 2021 23:35:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Oct 28 2021 23:35:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14014196 | + | Email/Text: EBNProcessing@afni.com | Oct 28 2021 23:35:00 | Afni, Attn: Bankruptcy, Po Box 3097, Bloomington, IL 61702-3097 |
| 14014197 | + | Email/Text: EBNProcessing@afni.com | Oct 28 2021 23:35:00 | Afni, Po Box 3097, Bloomington, IL 61702-3097 |
| 14014199 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 28 2021 23:45:02 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 14097470 | | Email/Text: megan.harper@phila.gov | Oct 28 2021 23:35:00 | City of Philadelphia, Law Department Tax Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14447337 | | Email/Text: ebnnotifications@creditacceptance.com | Oct 28 2021 23:35:00 | Credit Acceptance Corporation, 25505 W. 12 Mile Road, Ste. 300, Southfield, MI 48034 |
| 14014198 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 28 2021 23:44:55 | Capital One, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14034363 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 28 2021 23:44:58 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14014201 | + | Email/Text: ebnnotifications@creditacceptance.com | Oct 28 2021 23:35:00 | Credit Acceptance, Po Box 513, Southfield, MI 48037-0513 |
| 14014200 | + | Email/Text: ebnnotifications@creditacceptance.com | Oct 28 2021 23:35:00 | Credit Acceptance, 25505 West 12 Mile Rd, Suite 3000, Southfield, MI 48034-8331 |
| 14014204 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 28 2021 23:35:00 | IRS, Bankruptcy Dept, PO Box 7346, |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 28, 2021 | Form ID: 138OBJ | Total Noticed: 32 |

| | | | |
|---|---|---|---|
| 14074550 | Email/PDF: resurgentbknotifications@resurgent.com | Oct 28 2021 23:44:56 | Philadelphia, PA 19101-7346 |
| | | | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14014205 + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 28 2021 23:45:00 | LVNV Funding/Resurgent Capital, Po Box 10497, Greenville, SC 29603-0497 |
| 14014207 | Email/Text: camanagement@mtb.com | Oct 28 2021 23:35:00 | M & T Bank, 1 Fountain Plz, Buffalo, NY 14203 |
| 14014206 | Email/Text: camanagement@mtb.com | Oct 28 2021 23:35:00 | M & T Bank, Po Box 844, Buffalo, NY 14240 |
| 14075946 | Email/Text: camanagement@mtb.com | Oct 28 2021 23:35:00 | M&T Bank, P.O. Box 1288, Buffalo, NY 14240-1288 |
| 14024622 | Email/PDF: cbp@onemainfinancial.com | Oct 28 2021 23:45:02 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 14014210 + | Email/PDF: cbp@onemainfinancial.com | Oct 28 2021 23:45:02 | OneMain Financial, Po Box 1010, Evansville, IN 47706-1010 |
| 14014209 + | Email/PDF: cbp@onemainfinancial.com | Oct 28 2021 23:44:59 | OneMain Financial, Attn: Bankruptcy Department, 601 Nw 2nd St #300, Evansville, IN 47708-1013 |
| 14014213 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 28 2021 23:44:58 | Portfolio Recovery, 120 Corporate Blvd Ste 1, Norfolk, VA 23502 |
| 14014212 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 28 2021 23:45:02 | Portfolio Recovery, Po Box 41067, Norfolk, VA 23541 |
| 14032417 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 28 2021 23:44:55 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14015377 + | Email/PDF: rmscedi@recoverycorp.com | Oct 28 2021 23:44:58 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14024711 | Email/PDF: ais.sprint.ebn@aisinfo.com | Oct 28 2021 23:44:55 | Sprint Corp, Attention Bankruptcy, PO Box 7949, Overland Park, KS 66207-0949 |

TOTAL: 26

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| Date: Oct 30, 2021 | Signature: | /s/Joseph Speetjens |
|---|---|---|

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 28, 2021 at the address(es) listed below:**

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Oct 28, 2021 | Form ID: 138OBJ | Total Noticed: 32 |

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KEVIN G. MCDONALD | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com |
| MATTEO SAMUEL WEINER | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com |
| MICHAEL ADAM COHEN | on behalf of Debtor Emanuel Saopraseut mcohen1@temple.edu |
| REBECCA ANN SOLARZ | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM EDWARD CRAIG | on behalf of Creditor Credit Acceptance Corporation ecfmail@mortoncraig.com  mortoncraigecf@gmail.com |

TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Emanuel Saopraseut
      Debtor(s)

Case No: 17−17733−mdc

Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

          900 Market Street
             Suite 400
        Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 10/28/21